IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ORLANDO LEWAYNE PILCHER,

    Plaintiff,

v.

MS. HOLINKA, MS. FEATHERS,
MR. TRATE, MR. MARTIN,
and MR. RUSSELL,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-490-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case without prejudice to plaintiff Orlando Pilcher's refiling it after the exhausts his administrative remedies as required by 42 U.S.C. § 1997e(a).

_____      8/21/09
Peter Oppeneer, Clerk of Court          Date